IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AUTOLIV ASP, INC. <br><br> Plaintiff, <br><br> vs. <br><br> HYUNDAI MOBIS CO., LTD. and MOBIS ALABAMA, L.L.C., <br><br> Defendants. | CIVIL ACTION NO. 2:13-cv-141-MHT <br><br> **TRIAL BY JURY REQUESTED** |

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, Autoliv ASP, Inc. ("Autoliv"), for its Complaint against Defendants Hyundai MOBIS Co., Ltd. ("Hyundai MOBIS") and MOBIS Alabama, LLC ("MOBIS Alabama") alleges on knowledge as to its actions, and upon information and belief as to the actions of others, as follows:

### THE PARTIES

1.  Plaintiff Autoliv ASP, Inc., an Indiana corporation with its principal place of business at 1320 Pacific Drive, Auburn Hills, Michigan, is a leader in the development of innovative technologies related to automobile safety restraint systems, including inflatable automobile airbags. Autoliv is the owner by assignment of patents covering innovative technologies related to fundamental and advanced aspects of modern airbag systems. These technologies represent significant advances in the field of vehicle safety that allow for, among other things, adaptation to occupant positioning to avoid excessive airbag deployment.

2.      Defendant Hyundai MOBIS is a Korean corporation and is headquartered at 679-4 Yeoksam-Dong, Gangnam-Gu, Seoul 135-977 South Korea.  Defendant Hyundai MOBIS produces, manufactures, imports, sells and/or offers for sale automotive parts in the United States.

3.      Defendant MOBIS Alabama is a Delaware limited liability company and is headquartered at 1395 Mitchell Young Rd., Montgomery, Alabama.  Defendant MOBIS Alabama produces, manufactures, imports, sells and/or offers for sale automotive parts in the United States.

4.      On information and belief, MOBIS Alabama is owned, either directly or indirectly, and controlled by Hyundai MOBIS.

5.      Defendants Hyundai MOBIS and MOBIS Alabama, upon information and belief, are doing business within the State of Alabama and within the Middle District of Alabama, and are engaged in continuous and systematic business within the Middle District of Alabama, including the commission of acts of infringement as hereinafter stated.

## JURISDICTION AND VENUE

6.      This action arises under the Patent Act, Title 35 of the United States Code, and is an action for patent infringement under § 271.

7.      This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

8.      Upon information and belief, this Court has personal jurisdiction over Hyundai MOBIS because it regularly conducts business in, and ships the accused airbags to, the Middle District of Alabama and therefore has substantial contacts with this District.

9. Upon information and belief, this Court has personal jurisdiction over MOBIS Alabama because it regularly conducts business in this District and therefore has substantial contacts with this District, because it has a regular and established place of business in this District, and because it imports the accused airbags to this District.

10. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b) and (c) and 1400(b).

### CLAIM I – INFRINGEMENT OF U.S. PAT. NO. 7,347,450

11. The allegations contained in Paragraphs 1 through 10 above are incorporated herein by reference.

12. On March 25, 2008, the United States Patent Office duly and lawfully issued United States Patent No. 7,347,450 entitled "Airbag Cushion with Cinch Tube for Reduced Out-of-Position Effects" (hereinafter referred to as "the '450 Patent"). Autoliv is the lawful owner of all rights, title, and interest in and to the '450 Patent, including the right to sue for and recover for infringement thereof. The term of the '450 Patent has not expired. A true and correct copy of the '450 Patent is attached hereto as Exhibit A.

13. Defendant Hyundai MOBIS and/or MOBIS Alabama have made, used, offered to sell, sold, and/or imported into the United States airbags that infringe the claims of the '450 patent including, but not limited to, at least the Safety Vent airbag found in the 2012 Hyundai Elantra, and continues to do so, all without authority from the patent holder. On information and belief, these airbags have safety vents formed by cinch tubes with apertures controlled by cinch cords configured so that, when airbag is obstructed, the cinch tubes remain open, but when the airbag is unobstructed, the terminal ends of the cinch tubes enter the interior of the airbag and the apertures close.

14. Defendant Hyundai MOBIS and/or MOBIS Alabama have directly infringed, contributorily infringed, and/or induced the infringement of the '450 Patent and continue to do so.

15. On information and belief, Hyundai MOBIS and MOBIS Alabama were put on notice of the '450 Patent and their infringing activities as early as February 1, 2012, the date on which Autoliv sent letters to Hyundai MOBIS and MOBIS Alabama with a copy of the '450 Patent.

16. Hyundai MOBIS and MOBIS Alabama have continued their activities despite an objectively high likelihood that their actions constitute infringement of the '450 Patent. Therefore, on information and belief, Hyundai MOBIS and MOBIS Alabama's infringing activities have been and are willful and deliberate.

17. Autoliv has been and will continue to be damaged and irreparably injured unless this Court enjoins each Defendant's infringing activities.

### CLAIM II – INFRINGEMENT OF U.S. PAT. NO. 7,614,653

18. The allegations contained in Paragraphs 1 through 17 above are incorporated herein by reference.

19. On March 25, 2008, the United States Patent Office duly and lawfully issued United States Patent No. 7,614,653 entitled "Airbag Cushion with Cinch Tube for Reduced Out-of-Position Effects" (hereinafter referred to as "the '653 Patent").

20. Autoliv is the lawful owner of all rights, title, and interest in and to the '653 Patent, including the right to sue for and recover for infringement thereof. The term of the '653 Patent has not expired. A true and correct copy of the '653 Patent is attached hereto as Exhibit B.

21. Hyundai MOBIS and/or MOBIS Alabama have made, used, offered to sell, sold, and/or imported into the United States airbag cushions that infringe the claims of the '653 patent including, but not limited to, the Safety Vent airbag found in the 2012 Hyundai Elantra, and continues to do so, all without authority from the patent holder. On information and belief, these devices have a safety mechanism involving a cord connected to at least one closeable vent that is configured to close upon deployment without obstruction. On information and belief, the closeable vent is configured to stay at least partially open when the airbag deploys with obstruction.

22. Defendant Hyundai MOBIS and/or MOBIS Alabama have directly infringed, contributorily infringed, and/or induced the infringement of the '653 Patent and continue to do so.

23. On information and belief, Hyundai MOBIS and MOBIS Alabama were put on notice of the '653 Patent and their infringing activities as early as February 1, 2012, the date on which Autoliv sent letters to Hyundai MOBIS and MOBIS Alabama with a copy of the '653 Patent.

24. Hyundai MOBIS and MOBIS Alabama were have continued their activities despite an objectively high likelihood that their actions constitute infringement of the '653 Patent. Therefore, on information and belief, Hyundai MOBIS and MOBIS Alabama's infringing activities have been and are willful and deliberate.

25. Autoliv has been and will continue to be damaged and irreparably injured unless this Court enjoins each Defendant's infringing activities.

## RELIEF SOUGHT

Autoliv respectfully seeks that the Court grant the following relief:

A.  Enter judgment for Autoliv and against each Defendant for infringement of the '450 Patent;

B.  Enter judgment for Autoliv and against each Defendant for infringement of the '653 Patent;

C.  Enter judgment that the infringement of each Defendant was and is willful;

D.  Permanently enjoin each Defendant, its officers, directors, principals, agents, sales representatives, servants, employees, successors, assigns, affiliates, subsidiaries and all those acting in concert or participation with them, from directly or indirectly infringing, inducing infringement or contributing to the infringement of any claim of the '450 Patent or the '653 Patent;

E.  Enter judgment in favor of Autoliv against each Defendant for an amount that will adequately compensate it for Defendants' infringement, but under no circumstances an amount less than a reasonable royalty for Defendants' use of Autoliv's patented inventions;

F.  Enter judgment in favor of Autoliv and against each Defendant for pre-judgment interest on all damages awarded;

G.  Enter judgment in favor of Autoliv and against each Defendant for three times the amount of damages pursuant to 35 U.S.C. § 284 because of their willful infringement;

H.  Enter judgment in favor of Autoliv and against each Defendant for Autoliv's attorneys' fees and costs pursuant to 35 U.S.C. § 285; and

I.  Enter such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Autoliv requests a trial by jury.

Respectfully submitted this the 4th day of March 2013.

_____
Patrick L. W. Sefton
Bar Number: ASB-8341-N47P
Attorney for Plaintiff
Sasser, Sefton, Brown, Tipton & Davis, P.C.
P. O. Box 242127
Montgomery, AL 36124-2127
Telephone: (334) 532.3400
Facsimile: (334) 532.3434
Email: psefton@sasserlawfirm.com

AND

Keith E. Broyles, Esq.
Wesley C. Achey, Esq.
Stephanie Chu, Esq.
Attorneys for Plaintiff
Alston & Bird, LLP
1201 West Peachtree Street, Suite 4200
Atlanta, GA 30309-3424
Telephone: (404) 881.7000
Facsimile: (404) 881.7777
Email: keith.broyles@alston.com
       wes.achey@alston.com
       stephanie.chu@alston.com

Pro Hac Vice Motions To Be Filed

**CLERK:**

    **PLAINTIFF WILL SERVE DEFENDANTS BY PROCESS SERVER:**

        Hyundai Mobis Co., Ltd.
        Chang Hoom Lee
        c/o Hyundai Mobis Corporation, Registered Agent
        10805 NW 100 Street, Suite 11
        Miami, FL 33178

        Mobis Alabama, LLC
        c/o C T Corporation System, Registered Agent
        2 North Jackson Street, Suite 605
        Montgomery, AL 36104