IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AUTOLIVASP, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:13cv141-ECM |
| | ) |
| HYUNDAI MOBISCO., LTD, and | ) |
| MOBIS ALABAMA, LLC, | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

On August 10, 2018, the Magistrate Judge filed a Recommendation (doc. # 105) to which no timely objections have been filed. There being no objections filed to the Recommendation, and after an independent and *de novo* review of the record and the Recommendation, the Court concludes that the Magistrate Judge's Recommendation is due to be adopted. Accordingly, it is

ORDERED that:

1. The Recommendation of the Magistrate Judge (doc. # 108) be and is hereby ADOPTED;

2. The Defendants' proposed construction of the claim term "terminal end," be and is hereby REJECTED and the plain and ordinary meaning of the term known

to persons of ordinary skill in the art at the time of the invention be and is hereby ADOPTED; and

3. This case be and is hereby REFERRED back to the Magistrate Judge for further proceedings.

Done this 3rd day of October, 2018.

                                       /s/Emily C. Marks
                                EMILY C. MARKS
                                UNITED STATES DISTRICT JUDGE