IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AUTOLIV ASP, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 2:13-cv-141-RAH-WC ) |
| HYUNDAI MOBIS CO., LTD. and MOBIS ALABAMA, L.L.C., | ) ) ) ) |
| Defendants. | ) |

**ORDER RESOLVING PLAINTIFF'S
MOTION TO PRECLUDE EVIDENCE AND ARGUMENT
RELATING TO INVALIDITY CHALLENGES UNDER 35 U.S.C. § 315(e)**

Pending before the Court is Plaintiff's Motion to Preclude Evidence and Argument Relating to Invalidity Under 35 U.S.C. § 315(e) (Doc. 173), on which this Court held a hearing on February 26, 2020, with counsel for Plaintiff Autoliv ASP, Inc. ("Autoliv") and Defendants Hyundai Mobis Co. Ltd. and Mobis Alabama, L.L.C. ("Mobis") present. Also pending is the parties' Joint Motion for Entry of Judgment (Doc. 199), wherein the parties request that the Court enter their proposed order setting forth the agreement and stipulation by the parties reached at the hearing. Having considered the parties' briefing on this matter and the arguments made during that hearing and following the stipulation and agreement by the parties at the hearing, it is hereby

ORDERED that the parties' Joint Motion for Entry of Judgment (Doc. 199) is GRANTED. It is further

ORDERED that Plaintiff's Motion to Preclude Evidence and Argument Relating to Invalidity Under 35 U.S.C. § 315(e) (Doc. 173) is DENIED in part and GRANTED in part, as further set forth below:

Defendants are estopped pursuant to 35 U.S.C. § 315(e) from pursuing grounds of invalidity pursuant to 35 U.S.C. §§ 102 and 103 with respect to claims 1, 2, 4, 6, 8–12, 14, 16, and 18-20 of U.S. Patent No. 7,347,450 ("the '450 Patent"), other than those explicitly enumerated below.[1]  Defendants are estopped pursuant to 35 U.S.C. § 315(e) from asserting any grounds of invalidity pursuant to 35 U.S.C. §§ 102 and 103 with respect to claims 26–27, 35–37, and 40 of U.S. Patent No. 7,614,653 ("the '653 Patent").

## I. U.S. Patent No. 7,614,653

Mobis is estopped pursuant to 35 U.S.C. § 315(e) from pursing any prior art grounds with respect to claims 26-27, 35-37, and 40 of the '653 Patent.

## II. U.S. Patent No. 7,347,450

Mobis is estopped pursuant to 35 U.S.C. § 315(e) from pursing any prior art grounds for the '450 Patent other than those explicitly listed below.

    A.    Claims 1, 2, 6, and 20

        1) Inoue and Nonaka
        2) Inoue and Nonaka and Riedinger
        3) Inoue and Riedinger

    B.    Claims 4 and 14

        1) Inoue and Nonaka and Pinsenschaum and Rogerson
        2) Inoue and Nonaka and Riedinger and Pinsenschaum and Rogerson

---

[1] The Court recognizes that Autoliv intends to challenge, at the appropriate time, whether any of the remaining grounds were properly preserved.

    3)   Inoue and Riedinger and Pinsenschaum and Wolanin and Rogerson
    4)   Inoue and Nonaka and Pinsenschaum and Wolanin and Rogerson
    5)   Inoue and Nonaka and Riedinger and Pinsenschaum and Wolanin and Rogerson
    6)   Inoue and Riedinger and Pinsenschaum and Rogerson
    7)   Inoue and Narin and Wolanin and Rogerson
    8)   Inoue and Nonaka and Wolanin and Rogerson
    9)   Inoue and Nonaka and Riedinger and Wolanin and Rogerson
    10)   Inoue and Riedinger and Wolanin and Rogerson
    11)   Inoue and Narin and Wolanin
    12)   Inoue and Narin and Rogerson
    13)   Inoue and Nonaka and Pinsenschaum
    14)   Inoue and Nonaka and Wolanin
    15)   Inoue and Nonaka and Rogerson
    16)   Inoue and Nonaka and Pinsenschaum and Wolanin
    17)   Inoue and Riedinger and Pinsenschaum
    18)   Inoue and Riedinger and Wolanin
    19)   Inoue and Riedinger and Rogerson
    20)   Inoue and Riedinger and Pinsenschaum and Wolanin
    21)   Inoue and Riedinger and Pinsenschaum and Rogerson
    22)   Inoue and Nonaka and Riedinger and Pinsenschaum
    23)   Inoue and Nonaka and Riedinger and Wolanin
    24)   Inoue and Nonaka and Riedinger and Rogerson
    25)   Inoue and Nonaka and Riedinger and Pinsenschaum and Wolanin

  C.  Claims 8, 9, 11, 12, 16, and 18

    1)   Inoue and Nonaka and Pinsenschaum
    2)   Inoue and Nonaka and Riedinger and Pinsenschaum
    3)   Inoue and Riedinger and Pinsenschaum
    4)   Inoue and Nonaka and Pinsenschaum and Wolanin
    5)   Inoue and Nonaka and Riedinger and Pinsenschaum and Wolanin
    6)   Inoue and Riedinger and Pinsenschaum and Wolanin
    7)   Inoue and Narin and Wolanin
    8)   Inoue and Nonaka and Wolanin
    9)   Inoue and Riedinger and Wolanin
    10)   Inoue and Nonaka and Riedinger and Wolanin

  D.  Claims 10 and 19

    1)   Inoue and Nonaka and Pinsenschaum and Kassman
    2)   Inoue and Nonaka and Riedinger and Pinsenschaum and Kassman
    3)   Inoue and Riedinger and Pinsenschaum and Kassman

3

4) Inoue and Narin and Wolanin and Kassman
5) Inoue and Nonaka and Wolanin and Kassman
6) Inoue and Nonaka and Riedinger and Wolanin and Kassman
7) Inoue and Riedinger and Wolanin and Kassman
8) Inoue and Nonaka and Pinsenschaum and Wolanin and Kassman
9) Inoue and Nonaka and Riedinger and Pinsenschaum and Wolanin and Kassman
10) Inoue and Riedinger and Pinsenschaum and Wolanin and Kassman
11) Inoue and Nonaka and Pinsenschaum and Tajima
12) Inoue and Nonaka and Riedinger and Pinsenschaum and Tajima
13) Inoue and Riedinger and Pinsenschaum and Tajima
14) Inoue and Narin and Wolanin and Tajima
15) Inoue and Nonaka and Wolanin and Tajima
16) Inoue and Nonaka and Riedinger and Wolanin and Tajima
17) Inoue and Riedinger and Wolanin and Tajima
18) Inoue and Nonaka and Pinsenschaum and Wolanin and Tajima
19) Inoue and Nonaka and Riedinger and Pinsenschaum and Wolanin and Tajima
20) Inoue and Riedinger and Pinsenschaum and Wolanin and Tajima

DONE this 9th day of March, 2020.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
CHIEF UNITED STATES MAGISTRATE JUDGE