IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| AUTOLIV ASP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. Action No. 2:13-cv-141-WKW-SMD |
| | ) | |
| HYUNDAI MOBIS CO., LTD., and | ) | |
| MOBIS ALABAMA, L.L.C., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

For good cause, it is

ORDERED that a status conference in this case is hereby set for **November 4, 2020, at 11:00 a.m., CST, by video conferencing via ZoomGov Meeting** before the undersigned United States Magistrate Judge**.**

No later than five minutes prior to the start of the conference, the parties shall join the proceeding via Zoom. A member of the undersigned's chamber's staff will email the attorneys for the parties with the Zoom link to join the conference. If for some reason a party experiences technical difficulties, that party should seek direction by calling chambers at (334) 954-3700, but only after first attempting to rejoin the call.

The parties are advised that, as a newly assigned judge to this case, the undersigned wishes to receive a general status update of the ongoing litigation, particularly anything pertaining to the pending motions for summary judgment and the possibility of settlement

as to the claims. The undersigned also advises the parties that he wishes to discuss setting an in-person hearing for the pending motions in this case. The parties are directed to coordinate prior to the November 10th conference and identify three dates in November and/or December on which the parties are available to attend the in-person hearing regarding the pending motions.

DONE this 19th day of October, 2020.

/s/ Stephen M. Doyle
UNITED STATES MAGISTRATE JUDGE